ILLINOIS NATIONAL INSURANCE COMPANY et al., Respondents, v GENERAL STAR INDEMNITY COMPANY, Appellant. [898 NYS2d 455]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Jane S. Solomon, J.), entered on or about December 8, 2008, it is unanimously ordered that said appeal be and the same is hereby withdrawn upon the communication from the parties. Concur—Tom, J.P., Mazzarelli, Acosta, DeGrasse and Richter, JJ.